# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00234-CR

**Vicente Hernandez, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 147TH JUDICIAL DISTRICT
### NO. D-1-DC-06-300685, HONORABLE FRED A. MOORE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Vicente Hernandez seeks to appeal a judgment of conviction for aggravated assault with a deadly weapon.  The trial court has certified that this is a plea bargain case and Hernandez has no right of appeal.  The appeal is dismissed.  *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

G. Alan Waldrop, Justice

Before Justices Patterson, Pemberton and Waldrop

Dismissed for Want of Jurisdiction

Filed:   May 24, 2007

Do Not Publish